The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

THE GEO GROUP, INC.,

               Plaintiff,

   v.

JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington; and MARY ROBNETT, in her official capacity as the Prosecuting Attorney for Pierce County, Washington,

               Defendants.

NO.  3:21-cv-05313-BHS

STIPULATED MOTION TO SET BRIEFING SCHEDULE AND NOTING DATE FOR PRELIMINARY MOTIONS

NOTED FOR CONSIDERATION: May 14, 2021

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND NOTING
DATE FOR PRELIMINARY MOTIONS --
NO.  3:21-CV-05313-BHS

# I.    STIPULATION

COME NOW the undersigned counsel, who stipulate and move as follows:

Plaintiff The GEO Group, Inc. initiated this action through the filing of a Complaint and Motion for Preliminary Judgment. ECF Nos. 1, 8. Defendants Washington Governor Jay Inslee, Washington Attorney General Bob Ferguson, and Pierce County Prosecutor Mary Robnett anticipate filing motions to dismiss Plaintiff's claims. Because Defendants' motions are likely to raise issues that overlap with Plaintiff's motion, and because Defendants' motions would be dispositive of this action, judicial efficiency favors concurrent consideration of these motions. Accordingly, and for good cause, the parties jointly stipulate to the following briefing and noting schedule.

**June 24:**    Due date for (1) Defendants' responses to Plaintiff's Motion for Preliminary Judgment, and (2) Defendants' motions to dismiss;

**July 12:**    Due date for (1) Plaintiff's response to Defendants' motions to dismiss, and (2) Plaintiff's reply in support of Motion for Preliminary Judgment;

**July 16:**    Due date for Defendants' replies in support of motions to dismiss;

**July 16:**    Noting date for all preliminary motions subject to this schedule.

DATED this 14th day of May, 2021.

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Colleen Melody*
COLLEEN M. MELODY, WSBA No. 42275
Civil Rights Division Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND NOTING
DATE FOR PRELIMINARY MOTIONS --
NO.  3:21-CV-05313-BHS

1

colleen.melody@atg.wa.gov

*Attorney for Defendants Jay Inslee and
Bob Ferguson*

s/ Michelle Luna-Green
MICHELLE LUNA-GREEN, WSBA No. 27088
Prosecutor's Office Civil Division
955 Tacoma Ave S., Suite 301
Tacoma, WA 98402
Telephone: (253) 798-6380
Fax: (253) 798-6713
michelle.luna-green@piercecountywa.gov

*Attorney for Defendant Mary Robnett*

s/ Michael Kirk
**DAVIS WRIGHT TREMAINE, LLP**
Harry J.F. Korrell, WSBA #23173
John G. Hodges-Howell, WSBA #42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757.7700
harrykorrell@dwt.com
jhodgeshowell@dwt.com

**COOPER & KIRK, PLLC**
Charles J. Cooper (Admitted *pro hac vice*)
Michael W. Kirk (Admitted *pro hac vice*)
Tiernan Kane (Admitted *pro hac vice*)
1523 New Hampshire, NW
Washington, DC 20036
Telephone (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
mkirk@cooperkirk.com
tkane@cooperkirk.com

*Attorneys for Plaintiff The GEO Group, Inc.*

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND NOTING
DATE FOR PRELIMINARY MOTIONS --
NO.  3:21-CV-05313-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## II.    ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that the parties will adhere to the following schedule:

**June 24:**   Due date for (1) Defendants' responses to Plaintiff's Motion for Preliminary Judgment, and (2) Defendants' motions to dismiss;

**July 12:**   Due date for (1) Plaintiff's response to Defendants' motions to dismiss, and (2) Plaintiff's reply in support of Motion for Preliminary Judgment;

**July 16:**   Due date for Defendants' replies in support of motions to dismiss;

**July 16:**   Noting date for all preliminary motions subject to this schedule.

DATED this ___18th___ day of _____May_____, 2021

_____
Honorable Benjamin H. Settle

Presented by Defendants Jay Inslee and
Bob Ferguson

ROBERT W. FERGUSON
Attorney General of Washington

_s/ Colleen Melody_
COLLEEN M. MELODY, WSBA No. 42275
Civil Rights Division Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
colleen.melody@atg.wa.gov

_Attorney for Defendants Jay Inslee and_
_Bob Ferguson_

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND NOTING
DATE FOR PRELIMINARY MOTIONS --
NO. 3:21-CV-05313-BHS

3

Stipulated and agreed to by Defendant Mary Robnett

*s/ Michelle Luna-Green*
MICHELLE LUNA-GREEN, WSBA #27088
Prosecutor's Office Civil Division
955 Tacoma Ave S., Suite 301
Tacoma, WA 98402
Telephone: (253) 798-6380
Fax: (253) 798-6713
michelle.luna-green@piercecountywa.gov

*Attorney for Defendant Mary Robnett*


Stipulated and agreed to by Plaintiff The GEO Group, Inc.

*s/ Michael Kirk*
**DAVIS WRIGHT TREMAINE, LLP**
Harry J.F. Korrell, WSBA #23173
John G. Hodges-Howell, WSBA #42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757.7700
harrykorrell@dwt.com
jhodgeshowell@dwt.com

**COOPER & KIRK, PLLC**
Charles J. Cooper (Admitted *pro hac vice)*
Michael W. Kirk (Admitted *pro hac vice)*
Tiernan Kane (Admitted *pro hac vice)*
1523 New Hampshire, NW
Washington, DC 20036
Telephone (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
mkirk@cooperkirk.com
tkane@cooperkirk.com

*Attorneys for Plaintiff The GEO Group, Inc.*

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND NOTING
DATE FOR PRELIMINARY MOTIONS --
NO.  3:21-CV-05313-BHS

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744