The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington; and MARY ROBNETT, in her official capacity as the Prosecuting Attorney for Pierce County, Washington, <br><br> Defendants. | NO. 3:21-cv-05313-BHS <br><br> ORDER OF STIPULATED DISMISSAL <br><br> NOTED FOR CONSIDERATION: May 27, 2021 |

ORDER OF STIPULATED DISMISSAL--
NO. 3:21-CV-05313-BHS

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600

# ORDER

Based on the stipulation of the parties (docket No. 26), it is HEREBY ORDERED that Defendant Mary Robnett, in her official capacity as Pierce County Prosecutor, is DISMISSED from the above-captioned case.

DATED this 2nd day of June, 2021

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/     Michelle Luna-Green*
MICHELLE LUNA-GREEN, WSBA No. 27088
Prosecutor's Office Civil Division
955 Tacoma Ave S., Suite 301
Tacoma, WA 98402
Telephone: (253) 798-6380
Fax: (253) 798-6713
michelle.luna-green@piercecountywa.gov

*Attorney for Defendant Mary Robnett*

*s/     Harry J.F. Korrell*

**DAVIS WRIGHT TREMAINE, LLP**
Harry J.F. Korrell, WSBA #23173
John G. Hodges-Howell, WSBA #42151
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150

[PROPOSED] ORDER OF STIPULATED DISMISSAL--
NO. 3:21-CV-05313-BHS

2

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600

```
 1  Fax: (206) 757.7700
    harrykorrell@dwt.com
 2  jhodgeshowell@dwt.com
 3
 4      s/          Michael W. Kirk
 5  **COOPER & KIRK, PLLC**
    Charles J. Cooper (Admitted *pro hac vice*)
 6  Michael W. Kirk (Admitted *pro hac vice*)
    Tiernan Kane (Admitted *pro hac vice*)
 7  1523 New Hampshire, NW
    Washington, DC 20036
 8  Telephone (202) 220-9600
    Fax: (202) 220-9601
 9  ccooper@cooperkirk.com
    mkirk@cooperkirk.com
10  tkane@cooperkirk.com
11
    *Attorneys for Plaintiff The GEO Group, Inc.*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

[PROPOSED] ORDER OF STIPULATED DISMISSAL--
NO. 3:21-CV-05313-BHS

3

COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600