The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

THE GEO GROUP, INC.

Plaintiff,

v.

JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington,

Defendants.

Case No. 3:21-cv-05313

**ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

NOTE ON MOTION CALENDAR:
July 1, 2021

Having considered the Motion of the American Civil Liberties Union (ACLU), ACLU of Washington, National Immigrant Justice Center (NIJC), Northwest Immigrant Rights Project (NWIRP), Columbia Legal Services (CLS), and La Resistencia (collectively "Amici") for leave to file an amicus brief, the Court GRANTS the Motion. The proposed amicus brief attached as Exhibit A to the Motion is hereby accepted as officially filed in the case.

DATED this 1st day of July, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER ON MOTION FOR LEAVE TO FILE AMICUS
BRIEF, Page 1
Case No. 3:21-cv-05313

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON
P.O. Box 2728, Seattle, WA 98111
Tel: 206-624-2184

Presented by:


s/ Mark Fleming
MARK FLEMING, NY #4487534
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 660-1628
mfleming@heartlandalliance.org

s/ Eunice H. Cho
Eunice Hyunhye Cho, WSBA No. 53711
AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
915 15th St. NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org


s/ Matt Adams
Matt Adams, WSBA No. 28287
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave. Ste. 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

s/John Midgley
John Midgley, WSBA No. 6511
AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON
P.O. Box 2728
Seattle, WA 98111
(206) 624-2184
jmidgley@aclu-wa.org


Attorneys for *Amici Curiae*

[PROPOSED] ORDER ON AMICI CURIAE
Case No. 3:21-cv-05313, Page 2

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON
P.O. Box 2728, Seattle, WA 98111
Tel: 206-624-2184