Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE GEO GROUP, INC.,

Plaintiff,

vs.

JAY INSLEE, in his official capacity as Governor of the State of Washington, BOB FURGUSON, in his official capacity as the Attorney General of the State of Washington; and MARY ROBNETT, in her official capacity as the Prosecuting Attorney for Pierce County, Washington,

Defendants.

Case No. 3:21-cv-05313-BHS

**ORDER GRANTING *AMICI* OREGON IMMIGRANTS' RIGHTS ORGANIZATIONS' MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

This matter came before the Court on *Amici* Oregon Immigrants' Rights Organizations' unopposed Motion for Leave to File *Amicus Curiae* Brief (Dkt. No. 40). Having been fully informed, the Court GRANTS *Amici* Oregon Immigrant Rights Organizations' Motion for Leave to File *Amicus Curiae* Brief.

ORDER GRANTING *AMICI* OREGON IMMIGRANTS'
RIGHTS ORGANIZATIONS' MOTION FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF
Case No. 21-cv-05313

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

IT IS SO ORDERED this 7th day of July, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
*s/ Kellen A. Hade*
Kellen A. Hade, WSBA No. 44535
*s/ Carolyn A. Mount*
Carolyn A. Mount, WSBA No. 55527
MILLER NASH LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: jesus.palomares@millernash.com
        kellen.hade@millernash.com
        carolyn.mount@millernash.com

Attorneys for *Amici* Oregon Immigrants'
Rights Organizations

4811-5880-2416.1

ORDER GRANTING *AMICI* OREGON IMMIGRANTS'
RIGHTS ORGANIZATIONS' MOTION FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF
Case No. 21-cv-05313

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121