UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington,<br><br>    Defendants and Counterplaintiffs. | NO. 3:21-cv-05313-BHS<br><br>GOVERNOR INSLEE AND ATTORNEY GENERAL FERGUSON'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, AND CIVIL PENALTIES |

## I.  INTRODUCTION

1. Washington Governor Jay Inslee and Attorney General Bob Ferguson (Counterplaintiffs) bring these counterclaims to remedy the open, willful, and flagrant violations of state law by Counterdefendant The GEO Group, Inc. (GEO). Engrossed House Bill 1090 (EHB 1090) is a state law validly enacted by the Washington Legislature that phases out private, for-profit detention as a lawful business activity in the state. As GEO repeatedly has recognized—including in papers filed with this Court—EHB 1090 required GEO to close its private, for-profit detention center, the Northwest ICE Processing Center, on September 27, 2021. GEO did not do so, and now openly flouts state law by operating a business

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

that federal and state policymakers and regulators have determined to be unsafe, unsanitary, and abusive. GEO's business practices at the Northwest ICE Processing Center are unlawful, unfair or deceptive, and target or impact individuals based on their national origin, immigration status, or citizenship status. This Court should uphold EHB 1090, order GEO to comply with the statute, and impose civil penalties against GEO in the amount of $12,500 per violation for unlawfully operating the Northwest ICE Processing Center.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over Counterplaintiffs' claims arising under the Constitution and laws of the United States pursuant to 28 U.S.C. §§ 1331, 2201, and 2202. The Court has supplemental jurisdiction over Counterplaintiffs' claim arising under the Washington Consumer Protection Act pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## III. PARTIES

4. Counterplaintiff Governor Inslee is the chief executive officer of the State of Washington. The Governor is responsible for overseeing the operations of the State and ensuring that its laws are faithfully executed. Wash. Const. art. III, §§ 2, 5. Governor Inslee brings these counterclaims in his official capacity on behalf of the State of Washington.

5. Counterplaintiff Attorney General Ferguson is the chief legal advisor to the State of Washington. Attorney General Ferguson's powers and duties include acting in federal court on matters of public concern. Wash. Rev. Code § 43.10.030(1). He is also assigned specific enforcement authority under Washington's Consumer Protection Act. Wash. Rev. Code § 19.86.080(1). Attorney General Ferguson brings these counterclaims in his official capacity on behalf of the State of Washington.

6. Counterplaintiffs' interests in preventing and remedying injuries to the public's health, safety, and well-being extend to all people in Washington. Counterplaintiffs' interests in

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

preventing unlawful, unfair, or deceptive business practices likewise extend throughout the state.

7. Counterdefendant The GEO Group, Inc. (GEO) is a Florida, for-profit corporation with its principal place of business in Boca Raton, Florida.

## IV. ALLEGATIONS

8. Since 2005, GEO has owned and operated the Northwest Detention Center, located at 1623 East J Street, Tacoma, Washington 98421. The Northwest Detention Center is a private immigration detention center that has the capacity to house approximately 1,575 individuals.

9. In 2019, GEO renamed its Tacoma facility the Northwest ICE Processing Center (NWIPC). Despite the name change, the facility always has been, and is currently, privately owned and operated by GEO.

10. Over the last several years, due to well-documented health and safety risks inside private detention facilities, including the NWIPC, the Washington Legislature has taken a number of steps to study and limit the use of private prisons and detention centers in Washington State. *See, e.g.*, Wash. Rev. Code §§ 36.70A.200(1)(b), 72.68.010, 72.68.110(1); Engrossed Substitute House Bill 2576, 2020 Wash. Sess. Laws, ch. 284, § 1.

11. In April 2021, as part of its years-long study and work on this issue, the Washington State Legislature passed Engrossed House Bill 1090 (EHB 1090), which phases out most private, for-profit detention as a lawful business activity within the state. 2021 Wash. Sess. Laws, ch. 30 § 1(3).

12. EHB 1090 contains the Legislature's findings regarding the threat to public health and welfare posed by private prisons and detention facilities. EHB 1090 §§ 1(1)-(5). These include that "profit motives lead private prisons and detention facilities to cut operational costs, including the provision of food, health care, and rehabilitative services, because their primary fiduciary duty is to maximize shareholder profits." The Legislature also found that "people confined in for-profit prisons and detention facilities have experienced abuses and have been

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

confined in dangerous and unsanitary conditions." The Legislature further found that "[s]afety risks and abuses in private prisons at the local, state, and federal level have been consistently documented." The Legislature cited evidence that the profit motive results in a lack of resources and staff training, and that the private nature of such facilities frustrates the public's need for accountability and transparency.

13. EHB 1090 defines "Private detention facility" as "a detention facility that is operated by a private, nongovernmental for-profit entity and operating pursuant to a contract or agreement with a federal, state, or local governmental entity." EHB 1090 § 2(2).

14. EHB 1090 provides that, with certain exceptions, "no person, business, or state or local governmental entity shall operate a private detention facility within the state or utilize a contract with a private detention facility within the state." EHB 1090 § 3(1).

15. One of EHB 1090's exceptions is for "[a] private detention facility that is operating pursuant to a valid contract with a governmental entity that was in effect prior to January 1, 2021[.]" EHB 1090 § 3(2). For facilities with existing contracts as of that date, EHB 1090 allows them to phase out their operations, allowing that they "may remain in operation for the duration of that contract, not to include any extensions or modifications made to, or authorized by, that contract." *Id.*

16. EHB 1090 contains a finding that the act "is necessary for the immediate preservation of the public peace, health, or safety, or support of the state government and its existing public institutions." EHB 1090 § 5. Accordingly, the Legislature directed that it take effect immediately upon signature by Governor Inslee. *Id.* Governor Inslee signed the bill into law on April 14, 2021, and it became effective the same day.

17. At the NWIPC, GEO operates a "private detention facility" as defined by EHB 1090.

18. As of January 1, 2021, GEO's contract with U.S. Immigration and Customs Enforcement to provide civil detention services at the NWIPC ran through September 27, 2021.

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1 | Under the plain terms of EHB 1090, GEO may not lawfully operate the NWIPC beyond September 27, 2021.

19. GEO was well aware of EHB 1090 while it was pending in the Legislature, sending several representatives to testify against the bill while it was being considered.

20. GEO was also well aware of the effective date of EHB 1090. Fifteen days after Governor Inslee signed EHB 1090, GEO sued Counterclaimants to challenge application of EHB 1090 to the NWIPC. GEO represented repeatedly and emphatically to the Court, Counterclaimants, and the public that EHB 1090 "will force GEO to close NWIPC by September 27, 2021." ECF No. 8 at 12; *accord* ECF No. 1 at ¶¶ 58, 60, 62; ECF No. 8 at 11, 12, 16, 17, 28.

21. Despite these unambiguous representations, GEO did not close the NWIPC on September 27, 2021. GEO was dishonest with the Court, the parties, and the public when it repeatedly committed that, absent preliminary injunctive relief, it would close the NWIPC by that date.

22. GEO continues to hold hundreds of individuals per day in a private detention facility as proscribed by EHB 1090.

23. GEO's practices target or impact specific individuals or communities based on demographic characteristics, including but not limited to national origin, citizenship status, and immigration status.

## V.   CAUSES OF ACTION
### FIRST COUNTERCLAIM—VIOLATION OF EHB 1090

24. Counterclaimants reallege and incorporate by reference the allegations set forth in the preceding paragraphs.

25. EHB 1090 regulates only state government, local governments, and private detention providers. The law directs or prohibits no action by the federal government.

26. Private companies like GEO are not exempt from state regulation by virtue of

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

their status as federal contractors.

27. EHB 1090 is a lawful and valid exercise of the Washington Legislature's legitimate police power to protect the health and welfare of individuals within state borders. EHB 1090 presents no conflict with Supremacy Clause of the United States Constitution or any other federal law or regulation that GEO has identified. EHB 1090 validly applies to GEO, a private business, in its operation of the NWIPC, a private detention facility.

28. GEO is squarely covered by EHB 1090, and GEO's continued operation of the NWIPC after September 27, 2021, violates EHB 1090.

## SECOND COUNTERCLAIM—VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

29. Counterclaimants reallege and incorporate by reference the allegations set forth in the preceding paragraphs.

30. The Washington Consumer Protection Act prohibits unfair or deceptive acts or practices in the conduct of any trade or commerce. Wash. Rev. Code § 19.86.020.

31. GEO is engaged in "trade" or "commerce" in Washington State as defined by the Washington Consumer Protection Act. Wash. Rev. Code § 19.86.010(2).

32. Under the Washington Consumer Protection Act, an unfair practice is one that, inter alia, offends public policy as established by statutes, the common law, or otherwise; is immoral, unethical, and/or oppressive; or causes substantial injury to consumers, competitors, or other businesses. Under the same statute, deception exists, inter alia, where a business makes a representation, omission, or practice that is likely to mislead a reasonable member of the public.

33. GEO's operation of the NWIPC after September 27, 2021, detaining hundreds of individuals per day, in violation of public policy and state statute, under unsafe, unsanitary, and abusive conditions, and contrary to repeated representations it made to the Court, the parties, and the public is an unfair or deceptive practice in violation of the Washington Consumer Protection Act.

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

6

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

34. GEO's acts and practices are not reasonable in relation to the development and preservation of any lawful business and are inconsistent with the public interest.

## VI. PRAYER FOR RELIEF

Wherefore, Counterclaimants respectfully requests that this Court:

35. Declare that GEO's operation of the NWIPC violates EHB 1090;

36. Declare that EHB 1090 presents no conflict with any federal constitutional, statutory, or regulatory provision identified by GEO;

37. Declare that GEO's acts described above are unfair or deceptive acts or practices in trade or commerce, affecting the public interest, and in violation of the Washington Consumer Protection Act, Wash. Rev. Code § 19.86.020;

38. Enjoin GEO from operating the NWIPC as a private detention facility in violation of EHB 1090;

39. Enjoin GEO from engaging in any acts that violate the Washington Consumer Protection Act, including but not limited to the unfair or deceptive acts or practices alleged herein;

40. Award a civil penalty of $7,500 per violation, pursuant to the Washington Consumer Protection Act, Wash. Rev. Code § 19.86.140;

41. Award an additional, enhanced civil penalty of $5,000 per violation, because GEO's practices target or impact specific individuals or communities based on demographic characteristics, including but not limited to national origin, citizenship status, and immigration status, pursuant to the Washington Consumer Protection Act, Wash. Rev. Code § 19.86.140;

42. Award Counterclaimants' reasonable costs and attorneys' fees incurred in this action, pursuant to Wash. Rev. Code § 19.86.080(1); and

43. Award any other relief the Court deems just and equitable.

//

//

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

7

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

DATED this 28th day of September, 2021.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General


*s/Colleen M. Melody*
COLLEEN M. MELODY, WSBA No. 42275
Civil Rights Division Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
colleen.melody@atg.wa.gov

GOVERNOR INSLEE AND ATTORNEY GENERAL FERGUSON'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

8

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 28th day of September, 2021.

*s/ Anna Alfonso*
ANNA ALFONSO
Legal Assistant

GOVERNOR INSLEE AND ATTORNEY
GENERAL FERGUSON'S COUNTERCLAIMS
FOR DECLARATORY JUDGMENT,
INJUNCTIVE RELIEF, AND CIVIL PENALTIES
NO. 3:21-cv-05313-BHS

9

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744