**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington,<br><br>    Defendants and Counterplaintiffs. | NO. 3:21-cv-05313-BHS<br><br>STIPULATION TO STAY CASE UNTIL AFTER ISSUANCE OF MANDATE IN *NEWSOM* |

The parties hereby jointly respond to this Court's Order of October 5, 2021, ECF No. 56, directing the parties to provide their positions on the effect on the pending motions in this action of the Ninth Circuit's recent opinion in *GEO Group, Inc. v. Newsom*, No. 20-56172 (9th Cir. Oct. 5, 2021). In light of the *Newsom* opinion, and the possibility of further appellate proceedings there, the parties propose that the Court enter an order staying this case until 21 days after the Ninth Circuit mandate issues in *Newsom*. A stay is appropriate because the ultimate outcome of *Newsom* may simplify issues of proof and questions of law in this action. *See CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). Accordingly, the parties request a stay of all proceedings in this matter,

STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN *NEWSOM*
NO. 3:21-cv-05313-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | including pending motions, the accrual of penalties alleged by Washington through its |
| 2 | Counterclaims, the deadlines contained in the Court's Order Regarding Initial Disclosures, Joint |
| 3 | Status Report, Discovery, Depositions And Early Settlement, ECF No. 54, and GEO's deadline |
| 4 | to respond to Defendants' Counterclaims. The parties propose that they be required to submit a |
| 5 | joint status report within 21 days of the issuance of the Ninth Circuit mandate in *Newsom*, |
| 6 | whereby the parties will advise the Court of their positions on the appropriate course for this |
| 7 | matter. |

DATED this 15th day of October, 2021.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

*s/ Colleen M. Melody*
COLLEEN MELODY, WSBA #42275
Civil Rights Division Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
colleen.melody@atg.wa.gov

*Attorney for Defendants - Counterplaintiffs*

DAVID WRIGHT TREMAINE, LLP

*/s/ Harry J.F. Korrell*
Harry J. F. Korrell, WSBA #23173
John G. Hodges-Howell, WSBA #42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: harrykorrell@dwt.com
E-mail: jhodgeshowell@dwt.com

COOPER & KIRK, PLLC

*/s/ Michael W. Kirk*
Charles J. Cooper,* D.C. Bar No. 248070
Michael W. Kirk,* D.C. Bar No. 424648
Tiernan Kane,* Ind. Bar No. 36452-71
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
E-mail: ccooper@cooperkirk.com
E-mail: mkirk@cooperkirk.com
E-mail: tkane@cooperkirk.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff - Counterdefendant*

STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN *NEWSOM*
NO. 3:21-cv-05313-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 15th day of October, 2021.

        *s/ Anna Alfonso*
        ANNA ALFONSO
        Legal Assistant

STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN *NEWSOM*
NO. 3:21-cv-05313-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744