The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

THE GEO GROUP, INC.,

    Plaintiff and Counterdefendant,

    v.

JAY INSLEE, in his official capacity as the Governor of the State of Washington; BOB FERGUSON, in his official capacity as the Attorney General of the State of Washington,

    Defendants and Counterplaintiffs.

NO. 3:21-cv-05313-BHS

ORDER GRANTING THE PARTIES' STIPULATION TO STAY CASE UNTIL AFTER ISSUANCE OF MANDATE IN *NEWSOM*

Pursuant to the parties' stipulation, this matter is hereby STAYED pending issuance of the Ninth Circuit's mandate in *GEO Group, Inc. v. Newsom*, No. 20-56172. The stay applies to all proceedings in this cause, including pending motions, the accrual of penalties alleged by Washington through its Counterclaims, the deadlines contained in the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions And Early Settlement, ECF No. 54, and GEO's deadline to respond to Defendant's Counterclaims. The parties shall submit a joint status report within 21 days of the issuance of the Ninth Circuit mandate in *Newsom* to advise the Court of their positions on the appropriate course for this matter.

ORDER GRANTING THE PARTIES'
STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN NEWSOM
NO. 3:21-cv-05313-BHS

1

**IT IS SO ORDERED.**

ENTERED this 18th day of October, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Colleen M. Melody
COLLEEN MELODY, WSBA #42275
Civil Rights Division Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
colleen.melody@atg.wa.gov

*Attorney for Defendants - Counterplaintiffs*

DAVID WRIGHT TREMAINE, LLP

/s/ Harry J.F. Korrell
Harry J. F. Korrell, WSBA #23173
John G. Hodges-Howell, WSBA #42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: harrykorrell@dwt.com
E-mail: jhodgeshowell@dwt.com

COOPER & KIRK, PLLC

/s/ Michael W. Kirk
Charles J. Cooper,* D.C. Bar No. 248070
Michael W. Kirk,* D.C. Bar No. 424648
Tiernan Kane,* Ind. Bar No. 36452-71
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
E-mail: ccooper@cooperkirk.com
E-mail: mkirk@cooperkirk.com
E-mail: tkane@cooperkirk.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff - Counterdefendant*

ORDER GRANTING THE PARTIES'
STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN NEWSOM
NO. 3:21-cv-05313-BHS

2

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 15th day of October, 2021.

*s/ Anna Alfonso*
ANNA ALFONSO
Legal Assistant

ORDER GRANTING THE PARTIES'
STIPULATION TO STAY CASE UNTIL AFTER
ISSUANCE OF MANDATE IN NEWSOM
NO. 3:21-cv-05313-BHS

3

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744