UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEO GROUP INC.,

Plaintiff,

v.

JAY INSLEE, et al.,

Defendants.

CASE NO. 3:21-cv-05313-BHS

ORDER

This matter is before the Court on Plaintiff GEO Group Inc.'s unopposed Motion to Lift Stay, for Leave to File a Motion for Summary Judgment, and to Enter a Proposed Briefing Schedule, Dkt. 69.

GEO Group asserts that "[b]ecause, as a technical matter, the Court has not lifted the stay, GEO is uncertain whether it is permitted to file its summary judgment motion in accordance with the parties' agreed schedule." *Id.* at 3. It accordingly "moves the Court to lift the stay, grant leave to file the attached Motion for Summary Judgment, and approve the parties' proposed briefing schedule for cross-motions for summary judgment." *Id.* GEO Group's motion for summary judgment is attached to its unopposed motion as an exhibit. *See* Dkt. 69-2.

ORDER - 1

On June 6, 2023, the Court entered a minute order stating hat "the stay is extended for an additional 30 days." Dkt. 64. The Court did not extend the stay again after that date. Therefore, the stay was lifted on July 6, 2023. GEO Group's motion to lift the stay is accordingly **DENIED as moot**.

GEO Group's motion for leave to file a motion for summary judgment and motion to enter a proposed briefing schedule are **GRANTED**. The Court enters the briefing schedule agreed to by the parties. Because GEO Group's motion for summary judgment is currently filed on the docket as an exhibit to its unopposed motion, instead of as its own motion, GEO Group is **ORDERED** to refile the motion for summary judgment as its own docket entry.

**IT IS SO ORDERED**.

Dated this 8th day of August, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2